UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    :
UNITED STATES OF AMERICA    :
    :
    -v-    :    21-CR-014 (JMF)
    :
TOMMY PEREZ,    :    <u>SCHEDULING ORDER</u>
    :
        Defendant.    :
    :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    It is hereby ORDERED that sentencing in this matter, presently scheduled for **August 24, 2021**, is ADJOURNED to **October 12, 2021,** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

    The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices. Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be served one week in advance of the date set for sentencing. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

    SO ORDERED.

Dated: August 5, 2021
      New York, New York
                                                     JESSE M. FURMAN
                                                     United States District Judge